# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS NELSON,<br><br>           Plaintiff,<br>   v.<br>OTHA DEREK HERNANDEZ et al.,<br><br>           Defendants. | Case No. 2:12-cv-4637-ODW(PLAx)<br><br>**ORDER TO SHOW CAUSE** |

Under Federal Rule of Civil Procedure 4(m), Defendants must be served within 120 days after the complaint is filed, or else the Court "must dismiss the action without prejudice." Fed. R. Civ. P. 4(m). This action commenced on May 29, 2012—no proof of service has been filed with the Court, and no Defendants have appeared in this case. Plaintiff is hereby **ORDERED TO SHOW CAUSE** why Defendants have not been timely served. Plaintiff has 10 days to comply with this order; or if Defendants have been served, Plaintiff has 10 days to file the proofs of service. Failure to respond will result in dismissal of this action.

**IT IS SO ORDERED.**

September 26, 2012

                                                  _____<br>
                                                         **OTIS D. WRIGHT, II**<br>
                                               **UNITED STATES DISTRICT JUDGE**